JLF 82bk
(Rev. 07/02/03)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

In Re: Eugene Gates and Vivian A. Gates
Debtor(s)

Case No.: 10–15770–DWH
Chapter: 13

**ORDER TO SUBMIT PROPOSED ORDER**

The court hereby orders and directs Emily McCarson Yancey to submit a proposed AGREED order (Re: [20] Objection to Confirmation of the Chapter 13 Plan filed by Creditor Vanderbilt Mortgage and Finance, Inc.). Order Due by 3/22/2011 Entered on Docket by: (JHH)

Unless a proposed order is submitted to this court through the office of the Clerk of this court on or before the date specified above, the court may enter whatever order is necessary, which may include an order dismissing the motion, application or complaint filed in the above captioned case or an order scheduling a hearing for sanctions. In the event that the proposed order has been forwarded to counsel opposite for approval and has not been returned or submitted to the court by counsel opposite, the aforementioned attorney shall forward a duplicate of the proposed order to the Clerk's office within the above specified time, along with a statement explaining that counsel opposite has failed or refused to approve the form of proposed order.

Dated and Entered: 3/8/11

David W. Houston III
Judge, U.S. Bankruptcy Court